UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:11-cr-6-01
                                                  HON. R. ALLAN EDGAR

CARL ALPHONZO CRANE III,

        Defendant.
_____/

## ORDER OF DETENTION

        Defendant appeared before the undersigned on June 8, 2016 for an initial appearance on the petition for warrant for offender under supervision.   Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

        Preliminary hearing was waived by defendant and further hearing on this matter was scheduled for <u>June 16, 2016 at 9:30 a.m.</u> before Hon. Timothy P. Greeley.

        The defendant will remain in the custody of the U.S. Marshal Service pending further proceedings.

        IT IS SO ORDERED.

                                                               /s/ R. Allan Edgar
                                                   R. ALLAN EDGAR
                                                   UNITED STATES DISTRICT JUDGE

Dated: 6/9/2016