UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:11-cr-6

v.        HON. PAUL L. MALONEY

Carl Alphobnzo Crane III,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On June 3, 2016, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 4 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on June 8, 2016, at which time the defendant waived his right to a preliminary hearing and was given time to determine if a revocation hearing was necessary.

On June 16, 2016, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge.  At that time, the defendant admitted to four violations, but denied use of morphine.  After conducting a hearing, this Court found the record did not support a finding that defendant used morphine.

Defendant again appeared before this Court on July 14, 2016 for sentencing on this matter.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of his supervised and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.


Date:  7/15/2016                                           /s/ Timothy P. Greeley
                                                           TIMOTHY P. GREELEY
                                                           United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  See W.D. MICH. L.CR.R. 11.1(d).