UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          Case No. 2:11-cr-6

v.          HON. PAUL L. MALONEY

CARL ALPHONZO CRANE, III,

          Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on April 18, 2017, for an initial appearance on the Probation Petition for Warrant or Summons for Offender Under Supervision dated April 14, 2017 (ECF #88).

Defendant was advised of the violations, penalties and his rights to proceedings before a district judge. The government moved for detention. Defense counsel will talk with defendant and notify the Court to request a hearing.

Defendant will be detained pending further proceedings in this matter..

IT IS ORDERED

                                            */s/ Timothy P. Greeley*
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2017